COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-282-CV

ROBERT L. ELLIOT, M.D., RANDALL WRIGHT,      APPELLANTS

M.D., AND GENERAL SURGERY CLINIC OF 

GRAPEVINE
 

V.

EDWARD J. JESIONEK AND JOHANNA
 APPELLEES

(JOSIE) JESIONEK

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants Robert L. Elliot, M.D., Randall Wright, M.D. and General Surgery Clinic of Grapevine's Motion to Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.  

DELIVERED: September 10, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.